FILED
January 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003212331

3

Steven B. Sievers (SBN# 209072)
Law Office of Steven B. Sievers
20 N. Sutter Street, Suite 202
Stockton, CA 95202
Telephone: (209) 464-4822
Facsimile: (209) 464-4821

Attorney for Debtors

# THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re:

GERADO ACUNA FUENTES AND

GLORIA ALEIDA DE FUENTES.

Debtor(s)

_____

GERADO ACUNA FUENTES AND GLORIA

ALEIDA DE FUENTES.

    Movants,

v.

Michael McGranahan

    Respondent

_____

Case No.: 10-51442-C-7

**CHAPTER 7**

**D.C. NO. SBS-1**

**Date:** February 15, 2011
**Time:** 9:30 a.m.
**Place:** 501 I Street, 6th Floor
       Courtroom 35
       Sacramento, CA 95814
**Judge:** Christopher M. Klein

## DEBTORS GERADO ACUNA FUENTES AND GLORIA ALEIDA DE FUENTES
## MOTION TO COMPELL TRUSTEE TO ABANDON REAL PROPERTIES

TO: MICHAEL MCGRAHANAN, TRUSTEE HEREIN AND ALL PARTIES OF INTEREST:

1. Debtors filed their voluntary petition for relief under chapter 7 of the bankruptcy code on or around December 2, 2010
2. At the time of the entry of the order the debtors were the owners of real properties listed on schedule A of their voluntary petition.
3. The listed properties on schedule A of the voluntary petition have no value to the estate herein.
4. The trustee has indicated that he will consent to this motion.
5. The properties are located in Stockton, CA at 1316 Occidental Avenue # 3, 2912 Peachtree Drive, 3711 Steve Lillie Circle, and 2915 Monte Diablo Street # 1.
6. Debtors ask that they be allowed to keep the properties listed on the voluntary petition in schedule A. They want to keep these properties because they hope to make them profitable in the future even though the properties are underwater today.

Dated: January 14, 2011

Law Offices of
STEVEN B. SIEVERS

By /s/ Steven B. Sievers
STEVEN B. SIEVERS